## WHEATLEY v. HANNA.

PRACTICE.—An appeal from an order of a board of commissioners to the Circuit Court is properly dismissed when no papers are on file.

APPEAL from the *Hamilton* Circuit Court.

FRAZER, J.—This was an appeal to the Circuit Court, from an order of the board of commissioners dismissing a petition to vacate a road. The Circuit Court, on motion, dismissed the cause because there were no papers on file. This ruling presents the only question before us. Nothing was before the Circuit Court but a transcript of the record of the commissioner's court. The Circuit Court did right.

Judgment affirmed, with costs.

*Earl S. Stone*, for appellant.